ROGER L. GRANDGENETT II, ESQ., Bar # 6323
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:  rgrandgenett@littler.com
           kstegall@littler.com

Attorneys for Defendant
ANTHONY & SYLVAN POOLS, CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVE G. CROSS, an individual,<br><br>                           Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS, CORP., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>                           Defendants. | Case No. 2:20-cv-00454-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[FIRST REQUEST]** |

Defendant ANTHONY & SYLVAN POOLS, CORP. (hereinafter "Anthony & Sylvan" or "Defendant"), and Plaintiff DAVE G. CROSS ("Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session presently schedule for July 13, 2020 at 10:00 a.m., before U.S. Magistrate Judge Daniel J. Albregts (**ECF No. 14**), due to the unavailability of Plaintiff's counsel.

The parties are available and propose **July 27, 2020,** or any other dates available on this Court's calendar thereafter.

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Albregts's chambers one week prior to the new date of the ENE Session **by 12:00 p.m. Noon.** via email delivery to Kimberly_LaPointe@nvd.uscourts.gov.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further request that any motions for exemption from the Court's attendance requirements at the ENE be reset to 14 days prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of delay.

Dated: June 29, 2020

Respectfully submitted,

/s/ Margaret A. Manning, Esq.
MICHAEL C. VAN, ESQ.
MARGARET A. MANNING, ESQ.
SHUMWAY VAN

Attorney for Plaintiff
DAVE G. CROSS

Dated: June 29, 2020

Respectfully submitted,

/s/ Kelsey E. Stegall, Esq.
ROGER L. GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ANTHONY & SYLVAN POOLS, CORP.

**This matter is set for 7/27/20 at 10:00 a.m**
**IT IS SO ORDERED.**

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 30, 2020

4838-7838-7393.1 078710.1008

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.